# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TRACY WOODY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN GENERAL FINANCIAL SERVICES, )<br>INC., )<br>    Defendant, ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09CV-561-D** |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that Woody's complaint fails to state a claim upon which relief can be granted. Accordingly, the court GRANTS American General's motion to dismiss.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 29, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Tracy Woody (4908 Vallery Place Raleigh, NC 27604)
Megan E. Miller (via CM/ECF Notice of Electronic Filing)
Stacie Corbett Knight (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| May 29, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |