IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-561-D

| | | |
|---|---|---|
| TRACY WOODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMERICAN GENERAL FINANCIAL SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

On June 8, 2010, plaintiff Tracy Woody filed a motion for a new trial [D.E. 21]. On June 14, 2010, plaintiff filed an amended motion for a new trial [D.E. 22]. On June 24, 2010, defendant American General Financial Services, Inc., responded in opposition [D.E. 23].

There never was a trial in this case. On May 28, 2010, the court granted defendant's motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure [D.E. 19]. Plaintiff's motions [D.E. 21, 22] lack merit and are DENIED.

SO ORDERED. This 25 day of June 2010.

JAMES C. DEVER III
United States District Judge