IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-561-D

| | | |
|---|---|---|
| TRACY WOODY, | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | **ORDER** |
| AMERICAN GENERAL FINANCIAL SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

On July 12, 2010, plaintiff Tracy Woody filed objections under Federal Rule of Civil Procedure 72(2) [D.E. 27]. Woody also moved to set aside this court's order of June 25, 2010, and to set aside a bankruptcy court order pertaining to a foreclosure sale [D.E. 27]. On August 2, 2010, defendant American General Financial Services, Inc., responded in opposition [D.E. 32].

Rule 72(2) does not apply to this case. See Fed. R. Civ. P. 72(2). Thus, the court overrules the objections. Furthermore, Woody's motion to set aside this court's order of June 25, 2010, lacks merit and is denied. See, e.g., Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998). Finally, as for Woody's concerns about the bankruptcy court order, the proper method for raising such concerns is to file an appeal in the appropriate court. Woody may not litigate concerns about the bankruptcy court order in this action. Accordingly, plaintiff's motion [D.E. 27] is DENIED.

SO ORDERED. This 23 day of August 2010.

JAMES C. DEVER III
United States District Judge